# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE REY MELENDEZ, | Case No.: 3:19-CV-0422-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| SGT. BOBBY ADKINS, et al., | |
| Defendants. | |

Defendants' motion for leave to take deposition of incarcerated plaintiff (ECF No. 28) is **GRANTED**. The deposition shall be conducted in one of the following manners: 1) in person at plaintiff's place of confinement; 2) by video; or 3) telephonically and shall be scheduled at a time that is conducive to prison security. Following the deposition, defendants shall provide a copy of the deposition transcript to the plaintiff.

IT IS SO ORDERED.

DATED: February 24, 2021.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE