IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

RICKIE REY MELENDEZ,

    Plaintiff,

vs.

SGT. BOBBY ADKINS; LT. MIKE SILVA; and DEPUTY RICHIE LESPADE;

    Defendants.

Case No.: 3:19-cv-00422-MMD-CLB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties, Pro Per Plaintiff RICKIE REY MELENDEZ, and Defendants, SGT. BOBBY ATKINS, LT. MIKE SILVA and DEPUTY RICHIE LESPADE, by and through their Attorneys, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., that the above-captioned matter be

///
///
///
///
///
///
///

dismissed with prejudice with each party bearing their own costs and fees.

IT IS SO STIPULATED and AGREED.

4-28-21
Date

_____
Rickie Rey Melendez, Plaintiff Pro Per

ERICKSON, THORPE & SWAINSTON, LTD.

4/30/21
Date

_____
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: 4/30/2021

_____
U.S. District Judge

2